# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

CAREY L. ROSS,

    Plaintiff,

v.

MICHAEL O'BRIEN, TYLER WESTLAKE, CALVIN ORR, TED PHILBIN, and WILLIAM DANFORTH[1],

    Defendants.

Civil Action No. 7:11-CV-94 (HL)

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 35). He recommends that Plaintiff's Motion for Temporary Restraining Order (Doc. 27) be denied, and that the Defendants' Motions to Dismiss (Docs. 13, 28) be granted.

Plaintiff has not objected to the Recommendation to deny the Motion for Temporary Restraining Order. The Court has reviewed that portion of the Recommendation for clear error and finds none. Thus, the Recommendation to deny the Motion for Temporary Restraining Order is accepted and adopted.

Plaintiff has filed objections to the Recommendation to grant the Motions to Dismiss. The Court has made a *de novo* review of the Recommendation. Upon review, the Court accepts and adopts the Recommendation as to the Motions to

---

[1] The Clerk of Court is directed to update the docket to reflect the proper names of the Defendants.

Dismiss. Plaintiff's objections are overruled. Defendants' Motions to Dismiss (Docs. 13, 28) are granted.

**SO ORDERED**, this the 5th day of September, 2012.

*/s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh